Nicholas R. Kloeppel, CBN 186165
THE MITCHELL LAW FIRM, LLP
P.O. Drawer 1008
426 FIRST STREET
EUREKA, CALIFORNIA 95501
Telephone: (707) 443-5643
Email:  NKloeppel@mitchelllawfirm.com

Attorneys for Defendant and Cross-Defendant
COUNTY OF HUMBOLDT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| BILLY RUTHERFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF HUMBOLDT; THE HUMBOLDT INN; HBJ PARTNERSHIP; BALDWINDER SINGH HEER AKA SINGH BALDWINDER HEER, INDIVIDUALLY AND PARTNER IN HBJ PARTNERSHIP; BALDWINDER SINGH JANJUA AKA SINGH BALDWINDER JANJUA, INDIVIDUALLY AND PARTNER IN HBJ PARTNERSHIP; BALDWINDER SINGH AKA SINGH BALDWINDER, INDIVIDUALLY AND PARTNER IN HBJ PARTNERSHIP,<br><br>    Defendants. | Case No. 1:21-CV-02750-RMI<br><br>Assigned to Magistrate Judge Robert M. Illman<br><br>**STIPULATION FOR DISMISSAL AND ORDER THEREON** |
| COUNTY OF HUMBOLDT,<br><br>    Cross-claimant,<br><br>vs.<br><br>HUMBOLDT INN; HBJ PARTNERSHIP; BALWINDER SINGH HEER aka SINGH BALWINDER HEER, individually and Partner in HBJ PARTNERSHIP; BALWINDER SINGH JANJUA aka SINGH BALWINDER JANJUA, individually and | |

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

1

**STIPULATION FOR DISMISSAL AND ORDER THEREON,**
Case No. 1:21-CV-02750-RMI

| | |
|---|---|
| 1 | Partner in HBJ PARTNERSHIP; and BALWINDER SINGH aka SINGH BALWINDER, individually and Partner in HBJ PARTNERSHIP and ROES 1 through 20, |
| 2 | |
| 3 | |
| 4 | Cross-Defendants. |

7   Pursuant to Local Rules 6-1(b), 6-2(a), 7-12, and 16-2(e), Defendant and Cross-
8 claimant COUNTY OF HUMBOLDT ("County"), by and through their counsel of
9 record, The Mitchell Law Firm, LLP, by Nicholas R. Kloeppel, Defendants and Cross-
10 defendants THE HUMBOLDT INN; HBJ PARTNERSHIP; BALDWINDER SINGH
11 HEER AKA SINGH BALDWINDER HEER, INDIVIDUALLY AND PARTNER IN
12 HBJ PARTNERSHIP; BALDWINDER SINGH JANJUA AKA SINGH
13 BALDWINDER JANJUA, INDIVIDUALLY AND PARTNER IN HBJ
14 PARTNERSHIP; BALDWINDER SINGH AKA SINGH BALDWINDER,
15 INDIVIDUALLY AND PARTNER IN HBJ PARTNERSHIP (collectively "HBJ
16 Partner Entities"), by and through their counsel for record, Tyson & Mendes LLP, by
17 Matthew Tang (collectively "Defendants"), and plaintiff BILLY RUTHERFORD
18 ("Plaintiff"), by and through his counsel for record, Law Offices of Mark A Thiel, by
19 Mark A. Thiel who hereby stipulate and agree as follows:
20   WHEREAS, a comprehensive Release has been executed by Plaintiff and
21 Defendants;
22   WHEREAS, the Release provides for a dismissal of this entire action with
23 prejudice of all claims and causes of action set forth in the operative Complaint and
24 Cross-complaint within ten (10) days of receipt of the settlement draft; and
25   WHEREAS, defendant confirms the settlement draft has been released to
26 plaintiff's attorney per the terms of the Release;

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

2

STIPULATION FOR DISMISSAL AND ORDER THEREON,
Case No. 1:21-CV-02750-RMI

1   NOW, THEREFORE, IT IS HEREBY STIPULATED pursuant to Rule
2   41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and between the Parties
3   through their respective counsel, that this entire action, including all claims asserted
4   against the defendant be dismissed with prejudice effective immediately.
5   IT IS SO STIPULATED AND AGREED.

6   DATED: May 5, 2025         LAW OFFICES OF MARK A. THIEL

7                              By: /s/ Mark A. Thiel
8                                  Mark A. Thiel
                                   Attorneys for Plaintiff
9
10  DATED: May 5, 2025         THE MITCHELL LAW FIRM, LLP

11                             By: /s/ Nicholas R. Kloeppel
                                   Nicholas R. Kloeppel
12                                 Attorneys for County

13  DATED: May 5, 2025         TYSON & MENDES LLP
14
15                             By: /s/ Matthew Tang
                                   Matthew Tang
16                                 Attorneys for HBJ Partner Entities

17

18  **SIGNATURE ATTESTATION**

19      Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained the
20  concurrence in the filing of this document from all of the signatories for whom a
21  signature is indicated by a "/s/" signature within this e-filed document and I have on file
22  confirmation of this concurrence for subjection production for the court if so ordered.

23  DATED:  May 5, 2025        THE MITCHELL LAW FIRM, LLP
24
25                             By:   /s/ Nicholas R. Kloeppel
                                     Attorneys for Defendants
26

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

3

STIPULATION FOR DISMISSAL AND ORDER THEREON,
Case No. 1:21-CV-02750-RMI

**ORDER**

Pursuant to the Parties' Stipulation, and good cause appearing, this case is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: May 6, 2025

_____
Honorable Robert M. Illman
UNITED STATES ~~DISTRICT~~
MAGISTRATE JUDGE

THE MITCHELL
LAW FIRM, LLP
426 First Street
P.O. Drawer 1008
Eureka, CA 95502

4

**STIPULATION FOR DISMISSAL AND ORDER THEREON,**
**Case No. 1:21-CV-02750-RMI**